■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY BRABHAM, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County, rendered October 3, 1977, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The sole contention of merit raised on appeal is that the prosecutor used improper language in his summation. Although some of the remarks were improper, we hold that they were harmless in view of the overwhelming proof of guilt (see *People v Bryant,* 67 AD2d 987). Shapiro, J. P., Cohalan, Margett and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY W. COLLINS, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed May 23, 1978, upon his conviction of attempted robbery in the first degree, upon his plea of guilty, the sentence being an indeterminate prison term with a minimum of 6 years and a maximum of 12 years. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to an indeterminate term with a minimum of four years and a maximum of eight years. As so modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY FIELDS, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed July 5, 1977, upon his conviction of manslaughter in the first degree, upon his plea of guilty, the sentence being a term of imprisonment with a minimum of 7 years and a maximum of 21 years. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to an indeterminate term of imprisonment of 0 to 20 years. As so modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS FUENTES, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 23, 1978, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). O'Connor, J. P., Lazer, Rabin and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHYLLIS HAPEMAN, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the County Court, Dutchess County, imposed January 28, 1975, upon her conviction of attempted forgery in the second degree, on her plea of guilty, the sentence being an indeterminate term of imprisonment of from 0 to 3 years. Appeal dismissed as academic. Since there was no stay of execution, it is manifest that defendant has already served the sentence imposed. As the excessiveness of her sentence is the only issue raised, the appeal is academic (see *People v Tomasi,* 61 AD2d 1052). Gulotta, J. P., Shapiro, Cohalan and Gibbons, JJ., concur.